[No. 65977-4-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCIAL RAMOS TENORIO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00818-2, Michael E. Rickert, J., entered September 1, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 66174-4-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HUONG TAN VAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07386-1, Theresa B. Doyle, J., entered October 29, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Ellington, J.

[No. 66258-9-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN CLINTON WALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00845-0, Michael E. Rickert, J., entered October 27, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Appelwick, JJ.

[No. 66327-5-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTISS JAY WARE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05947-7, Regina S. Cahan, J., entered December 2, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.